**1021 BOARD OF SUPERVISORS (Sanilac) vs. AUDITOR GENERAL, 68 M., 659.**

To compel respondent to issue his warrant on the state treasurer for the proportion alleged to be due to the County of Sanilac, out of the tax ordered to be levied in 1886, for interest money alleged to be due on the sale of swamp lands, as the share belonging to Sanilac County.

Denied March 2, 1888.

The auditor general insisted, not only that no duty is cast upon him by law to ascertain and pay over such share, but also that the law has given him no money that can be so applied.

**1023 AMBLER (County Treasurer) vs. AUDITOR GENERAL, 38 M., 746.**

To compel payment over of moneys claimed to have been unlawfully charged against the county, and deducted upon annual settlements.

Denied June 4, 1878.

**1024 A. P. COOK CO. vs. AUDITOR GENERAL, 79 M., 100.**

To compel respondent to cancel certain drain taxes claimed to be an illegal charge upon relator's land.

Denied December 28, 1889.

Held, that Act No. 44, Laws of 1883, providing for the reassessment upon patented lands of unpaid taxes, assessed while the lands were part-paid, applies to drain taxes assessed upon part-paid swamp lands, under Act No. 216, Laws of 1861.